NUMBER 13-04-389-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

IN RE PHILLIP D. CUNNINGHAM, JR., RICHARD STACY
AND STACUN, INC. D/B/A STACUN INVESTIGATIONS 
__________________________________________________________________

On Petition for Writ of Mandamus
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Wittig


 
Per Curiam Memorandum Opinion




         Relators, Phillip D. Cunningham, Jr., Richard Stacey & Stacun, Inc. d/b/a Stacun
Investigations, filed a motion for temporary relief and petition for writ of mandamus
in the above cause on July 28, 2004. On July 29, 2004, the Court granted the
motion for temporary relief and requested a response from the real party in interest, 
Steve Chapman.
         The Court, having examined and fully considered the petition for writ of
mandamus and the response, is of the opinion that relators have not shown
themselves entitled to the relief sought and the petition for writ of mandamus should
be denied. See Tex. R. App. P. 52.8. Accordingly, the stay of the trial court’s order
of June 30, 2004, requiring disclosure of the relators’ client(s) is hereby ordered
LIFTED. The petition for writ of mandamus is DENIED. 
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed
this 17th day of August, 2004.